


FILED
OCT 1 4 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
3  EUMI L. CHOI (WVBN 0722)
   Chief, Criminal Division
4  SHAWNA YEN (CASBN 224447)
   Assistant United States Attorney
5
   150 Almaden Boulevard, Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5054
7  Fax: (408) 535-5066

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN JOSE DIVISION
12
   UNITED STATES OF AMERICA,        )   5-70695 (PVT)
13                                  )
              Plaintiff,            )   [Proposed]
14                                  )   ORDER CONTINUING CASE AND
       v.                           )   EXCLUDING TIME UNDER THE
15                                  )   SPEEDY TRIAL ACT, 18 U.S.C. § 3161
   ANTONIO LOZANO,                  )
16                                  )
              Defendant.            )
17                                  )

18
       This matter came before the Court for a status conference on Thursday, October 13, 2005.
19
   Counsel for the government and the defendant were present.
20
       At the hearing, the defendant was advised and stated that he understood that under Rule
21
   5.1(c) of the Federal Rules of Criminal Procedure he is entitled to a preliminary hearing within
22
   10 days of his initial appearance as an in-custody defendant unless an indictment is filed, and that
23
   pursuant to 18 U.S.C. § 3161(b) he is entitled to be indicted within 30 days of his arrest in this
24
   matter. After consultation with his attorney, the defendant stated that he wished to waive those
25
   rights and continue the hearing set for preliminary hearing or indictment until November 10,
26
   2005.
27
28

At the conclusion of the hearing, and at the request of defense counsel, without objection by the government, the Court ruled as follows:

IT IS HEREBY ORDERED that this case is continued to November 10, 2005 at 9:30 a.m. for a preliminary hearing or arraignment.

IT IS FURTHER ORDERED that the period of time from October 13, 2005 through and including November 10, 2005 shall be excluded from the period of time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. § 3161(b), pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B). The Court finds that the ends of justice served by this continuance outweigh the best interests of the public and the defendant in a speedy trial for the following reasons:

Defense counsel has requested the additional time to review the supplemental discovery that was provided by the United States last week. The United States has no objection to the additional time requested. In addition, the parties require the additional time to discuss the proposed plea agreement in this case in an effort to resolve this case prior to indictment. The exclusion of time is therefore required for effective preparation of counsel.

IT IS FURTHER ORDERED that the period of time for a preliminary hearing is extended under Federal Rule of Criminal Procedure 5.1(d), until November 10, 2005 based on the defendant's consent and based on the parties' showing of good cause as set forth above.

For the foregoing reasons, the Court finds that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial.

Dated this 14 day of October, 2005.

HOWARD R. LLOYD
United States Magistrate Judge

1  Copies to be served on:

2  SHAWNA YEN
   Assistant U.S. Attorney
3  150 Almaden Boulevard, Room 900
   San Jose, CA 95113
4
   NICHOLAS HUMY
5  Assistant Federal Public Defender.
   160 West Santa Clara Street, Suite 575
6  San Jose, CA 95113