KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

SHAWNA YEN (CSBN 224447)
Assistant United States Attorney
San Jose Division

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Tel: (408) 535-5054
    Fax: (408) 535-5066

Attorneys for Plaintiff

FILED
OCT 2 6 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

CHAMBERS COPY

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> CESAR MALDONADO, <br><br> Defendant. | NO. 5-70695 (PVT) <br><br> [~~Proposed~~] ORDER GRANTING REQUEST TO CONTINUE PRELIMINARY HEARING OR ARRAIGNMENT |

Upon stipulation of the parties, and good cause appearing, the Court finds as follows:

1. The United States of America, defendant Cesar Maldonado, and his attorney, Paul Meltzer, Esq., request a continuance of the date set for preliminary hearing or arraignment from Wednesday, October 26, 2005, to Thursday, November 17, 2005, at 9:30 a.m.

2. The continuance is necessary to give the parties adequate time to attempt to resolve this matter.

3. The defendant has been advised and acknowledges that under Rule 5.1(c) of the Federal Rules of Criminal Procedure he is entitled to a preliminary hearing within 20 days of his

1

1  initial appearance as an out-of-custody defendant unless an indictment is filed beforehand, and
2  pursuant to 18 U.S.C. § 3161(b) he is entitled to be indicted within 30 days of his arrest in this
3  matter. After consultation with his attorney, the defendant wishes to waive those rights and
4  continue the hearing set for preliminary hearing or indictment until November 17, 2005. The
5  Court finds the defendant has provided a knowing and intelligent waiver of his rights set forth
6  above.

7      4. The court finds and the parties agree that the ends of justice served by this continuance
8  outweigh the interests of the defendant and the public in a speedy indictment and trial inasmuch
9  as the parties need additional time to resolve issues for a fair resolution of this matter, including
10 decision making concerning certain charging decisions. Failure to grant the requested
11 continuance would likely make continuation of the proceedings impossible or result in a
12 miscarriage of justice, and would deny counsel for both parties the reasonable time necessary to
13 for effective preparation taking into account the exercise of due diligence. In addition, failure to
14 grant the requested continuance would unreasonably deny the parties continuity of counsel.

15     5. Finally, the Court finds good cause to extend the time limits under Rule 5.1(c)
16 pursuant to Rule 5.1(d). Accordingly,

17     IT IS HEREBY ORDERED that the date set for preliminary hearing or arraignment is
18 continued from Wednesday, October 26, 2005 to Thursday, November 17, 2005 at 9:30 a.m.

19     IT IS FURTHER ORDERED that the period of time from the date of this Order through
20 and including November 17, 2005 shall be excluded from the time within which an indictment
21 must be filed, for the reasons set forth above, pursuant to 18 U.S.C. § 3161(h)(8)(A) considering
22 the factors set forth in § 3161(h)(8)(B)(i).

23
24     Dated this 26 day of October, 2005.
25
26                                                 HOWARD R. LLOYD
27                                                 United States Magistrate Judge
28                                     2