FILED

APR 05 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. ~~CR 05-70695 PVT~~ CR 05-773 JW |
| ) | |
| Plaintiff, ) | |
| vs. ) | [~~PROPOSED~~] ORDER |
| ) | |
| CESAR PENA MALDONADO ) | |
| ) | |
| Defendant. ) | |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Cesar Pena Maldonado is allowed to travel to South Lake Tahoe CA, leaving April 28th, 2006 and returning April 30th, 2006.

SO ORDERED.

Dated: ~~March~~ April 5, 2006

_____
PATRICIA V. TRUMBULL, Magistrate
United States District Court
Northern District of California

LAW OFFICES OF
PAUL B. MELTZER
A PROFESSIONAL CORPORATION
340 SOQUEL AVENUE, SUITE 212
SANTA CRUZ, CALIFORNIA 95062
TELEPHONE (831) 426-6000

-1-
[~~PROPOSED~~] ORDER