PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
340 Soquel Avenue, Suite 212
Santa Cruz, California 95062
Telephone: 831/426-6000

Attorney for Defendant, CESAR MALDONADO

FILED

MAY 0 4 2006

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

CR05-00773-JW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No: CR 05-70695 PVT |
| Plaintiff, ) | |
| vs. ) | STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER THEREON |
| CESAR MALDONADO ) | |
| Defendant. ) | |

Defendant Cesar Maldonado and the government, through their respective counsel, hereby stipulate that the court should vacate the currently set date of May 1, 2006, at 1:30 PM, and set a new court date of June 19, 2006 at 1:30 PM. This continuance is requested

-1-
STIPULATION TO CONTINUE; [PROPOSED] ORDER THEREON

because the defense is continuing to investigate matters that may be relevant to a disposition of this case.

The parties further agree that time should be excluded under the Speedy Trial Act for effective defense preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: May 1, 2006

LAW OFFICES OF PAUL B. MELTZER

PAUL B. MELTZER, Attorney for
Defendant, CESAR MALDONADO

Dated: May 2, 2006

SHAWNA YEN,
Assistant United States Attorney

SO ORDERED:

Dated: 5-3-06

HONORABLE JAMES WARE
United States District Judge

-2-
STIPULATION TO CONTINUE; [PROPOSED] ORDER THEREON