UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. ~~CR 05-70695 PVT~~ C 05-773 JW |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | ~~[PROPOSED]~~ ORDER |
| | ) | |
| CESAR PENA MALDONADO | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Cesar Pena Maldonado is allowed to travel to Paso Robles, CA, on May 27th, 2006, returning that same night no later than midnight, and again on Sunday May 28th, returning that same night no later than midnight.

SO ORDERED.

Dated: May 24, 2006

_____
PATRICIA V. TRUMBULL, Magistrate
United States District Court
Northern District of California

-1-
[PROPOSED] ORDER

To Whom It May Concern:                                         May 17, 2006

I, Cesar P. Maldonado, would like to request for permission to travel out of the area with my wife to Paso Robles. We would like to attend an all day car show event on Saturday, May 27th. This event will be held at Down Town Paso Robles, City Park, on 12th and Spring St. We will be heading out from Watsonville on Saturday, May 27th at 8 in the morning and returning on the same day no later than midnight. Sunday, May 28th we will be doing the same routine. I look forward in hearing from you – with hopes that this trip is possible for my wife and I.

Respectfully,

Cesar P. Maldonado