1  PAUL B. MELTZER - #77425
2  LAW OFFICES OF PAUL B. MELTZER
   A Professional Corporation
3  340 Soquel Avenue, Suite 212
   Santa Cruz, California 95062
4  Telephone: 831/426-6000
5
6  Attorney for Defendant, CESAR MALDONADO

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No: CR 05-00773 JW (PVT) |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER THEREON |
| vs. | ) ) | |
| ANTONIO LOZANO, ALBERTO MUNOZ & CESAR MALDONADO, | ) ) ) | |
| Defendants. | ) | |

Defendants and the government, through their respective counsel, hereby stipulate that the court should vacate the currently set date of June 19, 2006 at 1:30 PM and set a new date of Sept. 11, 2006 ~~July 31, 2006~~. This continuance is requested because the defense has made arrangements to have an expert examine and weigh the contraband.

-1-
STIPULATION TO CONTINUE; [PROPOSED] ORDER THEREON

The parties further agree that time should be excluded under the Speedy Trial Act for effective defense preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

IT IS SO STIPULATED:

Dated: June 12, 2006

PAUL B. MELTZER, Attorney for Defendant, CESAR MALDONADO

Dated: June 9, 2006

JERRY FONG, Attorney for Defendant ALBERT MUNOZ

Dated: June ___, 2006

LARA S. VINNARD, Attorney for Defendant ANTONIO LOZANO

Dated: June 13, 2006

SHAWNA YEN, Assistant United States Attorney

SO ORDERED:

Dated: 6-16-06

HONORABLE JAMES WARE
United States District Judge

-2-
STIPULATION TO CONTINUE; [PROPOSED] ORDER THEREON

The parties further agree that time should be excluded under the Speedy Trial Act for effective defense preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

IT IS SO STIPULATED:

Dated: June _____, 2006

PAUL B. MELTZER, Attorney for Defendant, CESAR MALDONADO

Dated: June _____, 2006

JERRY FONG, Attorney for Defendant ALBERT MUNOZ

Dated: June 12, 2006

LARA S. VINNARD, Attorney for Defendant ANTONIO LOZANO

Dated: June _____, 2006

SHAWNA YEN, Assistant United States Attorney

SO ORDERED:

Dated:

HONORABLE JAMES WARE
United States District Judge

-2-
STIPULATION TO CONTINUE; [PROPOSED] ORDER THEREON