PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone:  831/426-6000

Attorney for Defendant, CESAR MALDONADO

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                              )<br>                     Plaintiff,            )<br>                                                              )<br>     vs.                                                 )<br>                                                              )<br>ANTONIO LOZANO, ALBERTO MUNOZ )<br>& CESAR  MALDONADO,              )<br>                                                              )<br>                     Defendants.         )<br>_____ ) | No: CR 05-00773 JW (PVT)<br><br>STIPULATION TO CONTINUE HEARING; [PROPOSED] ORDER THEREON |

Defendants and the government, through their respective counsel, hereby stipulate that the court should vacate the currently set date of September 11, 2006 at 1:30 PM and set a new date of November 27, 2006.  This continuance is requested because the defense has made arrangements to have an expert examine and weigh the contraband, and that process has not yet been completed.

The parties further agree that time should be excluded under the Speedy Trial Act for effective defense preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

IT IS SO STIPULATED:

Dated: September 8, 2006

\_\_\_\_/S/_____
PAUL B. MELTZER, Attorney for
Defendant, CESAR MALDONADO

Dated: September 8, 2006

\_\_\_\_/S/_____
JERRY FONG, Attorney for Defendant
ALBERT MUNOZ

Dated: September 8, 2006

\_\_\_\_/S/_____
LARA S. VINNARD, Attorney for Defendant
ANTONIO LOZANO

Dated: September 8, 2006

\_\_\_/S/_____
SHAWNA YEN,
Assistant United States Attorney

SO ORDERED:

Dated: 9/8/06

_____
HONORABLE JAMES WARE
United States District Judge

-2-
STIPULATION TO CONTINUE; [PROPOSED] ORDER THEREON