UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

FILED
OCT 1 1 2006
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> CESAR PENA MALDONADO ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR ~~05-70695 PVT~~ <br> CR 05-773 JW <br> [~~PROPOSED~~] ORDER |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Cesar Pena Maldonado is allowed to travel to Pomona, CA, on October 14th, 2006, returning a day later on October 15th, 2006, arriving at his home no later than 9 p.m.

SO ORDERED.

Dated: October 10, 2006

_/s/ Patricia V. Trumbull_
PATRICIA V. TRUMBULL, Magistrate
United States District Court
Northern District of California

-1-
[PROPOSED] ORDER