RECEIVED
Oct 13 06
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTONIO LOZANO,<br>ALBERTO MUNOZ, and<br>CESAR MALDONADO,<br><br>Defendants. | No. CR 05-00773 JW<br><br>[Proposed] ORDER TO PRODUCE NARCOTICS FOR REWEIGHING BY DEFENSE EXPERT |

IT IS HEREBY ORDERED that, in accordance with Rule 16(a)(1)(E) of the Federal Rules of Criminal Procedure, the United States Drug Enforcement Administration ("DEA") shall permit Judith L. Stewart, DEA License No. RA 0324664, of Analysis & Consulting in Toxicology, Inc., located at 1933 Davis Street, Suite 270, San Leandro, California 94577, telephone (510) 633-1346, to reweigh the following DEA Drug Exhibit from DEA Case File No. RC 05-0016:  Exhibit Number 1 (DEA Laboratory Number 7129417).

IT IS FURTHER ORDERED that a DEA Special Agent shall deliver the above exhibit (hereinafter the "exhibit") from the DEA Western Laboratory to Ms. Stewart. Ms. Stewart is ordered to use this exhibit exclusively for the purpose of determining its weight. After receiving the exhibit from the DEA Special Agent, she will allow that Special Agent to be present to observe her handling of the exhibit. The Special Agent shall stay close enough to Ms. Stewart's handling of the exhibit to ensure the chain of custody and integrity of the exhibit. The Agent shall not be permitted to observe Ms. Stewart's work product, instrument readings, or notes.

IT IS FURTHER ORDERED that, immediately following the weighing of the exhibit, Ms. Stewart will return the exhibit to the Special Agent and provide that Special Agent with a document signed and dated by Ms. Stewart and the Special Agent evidencing the return of the exhibit. The Special Agent shall then return the exhibit to the DEA Western Laboratory.

PROPOSED ORDER
CR 05-00773 JW

1 | IT IS FURTHER ORDERED that, while the exhibit is in her possession, Ms. Stewart
2 | shall use the exhibit exclusively for the purpose of determining its weight and shall safeguard the
3 | exhibit, preserving the chain of custody in a manner to protect faithfully the integrity of the
4 | exhibit.

5 | IT IS FURTHER ORDERED that Ms. Stewart shall conduct the reweighing ordered
6 | herein, and shall provide the government with a declaration under penalty of perjury, under 28
7 | U.S.C. § 1746, executed either by herself or by the head of the facility where the reweighing
8 | occurred, stating that she has complied with this order.

9 | IT IS FURTHER ORDERED that the parties shall comply with Rule 16 of the Federal
10 | Rules of Criminal Procedure.

11 | .

12 | IT IS SO ORDERED.

14 | DATED: 10/16/06

PATRICIA V. TRUMBULL
United States Magistrate Judge

17 | Copies to be served on:

18 | SHAWNA YEN
Assistant United States Attorney
19 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113

21 | NICHOLAS HUMY
Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
22 | San Jose, California 95113

23 | JERRY FONG, ESQ.
Carey & Carey
24 | 706 Cowper Street
P.O. Box 1040
25 | Palo Alto, California 94302-1040

26 | PAUL MELTZER, ESQ.
511 Water Street
27 | Santa Cruz, Ca 95060

28

PROPOSED ORDER
CR 05-00773 JW

2