PAUL B. MELTZER - #77425
LAW OFFICES OF PAUL B. MELTZER
A Professional Corporation
511 Water Street
Santa Cruz, California 95060
Telephone: 831/426-6000

Attorney for Defendant, CESAR MALDONADO

UNITED STATES DISTRICT COURT FOR

THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                               )<br>              Plaintiff,                            )<br>                                                               )<br>vs.                                                        )<br>                                                               )<br>ANTONIO LOZANO, ALBERTO MUNOZ )<br>& CESAR MALDONADO,                    )<br>                                                               )<br>              Defendants.                       )<br>_____) | No: CR 05-00773 JW (PVT)<br><br>PARTIAL STIPULATION AND REQUEST TO CONTINUE HEARING; [~~PROPOSED~~] ORDER THEREON   JW |

Defendants Alberto Munoz and Cesar Maldonado, and the Government, through their respective counsel, hereby stipulate and request that the Court vacate the currently set date of November 27, 2006 at 1:30 PM and set a new date of December 11, 2006. This continuance is requested because the defense has only recently completed the re-weighing

-1-
STIPULATION TO CONTINUE; [~~PROPOSED~~] ORDER THEREON

of the evidence, and the parties seek additional time in order to determine if a disposition of this case may be reached.

~~Counsel for defendant Antonio Lozano, Nicholas Humy of the Federal Public Defender's Office, has been informed~~ of this request and opposes the continuance. NH

The parties further agree that time should be excluded under the Speedy Trial Act for effective defense preparation, and because the ends of justice outweigh the defendant's and the public's need for a speedy trial.

IT IS SO STIPULATED:

Dated: November 17, 2006

/S/ _____
PAUL B. MELTZER, Attorney for
Defendant, CESAR MALDONADO

*I now agree to this request   Nicholas Ru H
                                counsel for Antonio Lozano*

Dated: November 17, 2006

/S/ _____
JERRY FONG, Attorney for Defendant
ALBERT MUNOZ

Dated: November 17, 2006

/S/ _____
SHAWNA YEN,
Assistant United States Attorney

SO ORDERED:

Dated: 11/17/06

_____
HONORABLE JAMES WARE
United States District Judge