UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

773 JW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-70695-PVT |
| | ) | |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER |
| vs. | ) | |
| | ) | |
| CESAR PENA MALDONADO | ) | |
| | ) | |
| Defendant. | ) | |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Cesar Pena Maldonado is allowed to travel to South Lake Tahoe, arriving February 3rd and returning February 5th, 2007, arriving at his home no later than 9 p.m.

SO ORDERED.

Dated: January 16, 2006

PATRICIA V. TRUMBULL, Magistrate
United States District Court
Northern District of California

Hello Laura and Paul,

Hope both of you is having a wonderful day. Cesar and I would like to ask for permission to travel to the South side of Lake Tahoe over the first weekend of February '07. We will be leaving in car Friday, February 2nd at Noon and will be staying in South Lake Tahoe Saturday Feb. 3rd, Sunday Feb. 4th and drive back on Monday, Feb. 5th. The address of the cabin we will be staying at is 2031 Dennis Dr. #303, South Lake Tahoe, CA - Phone # 530-541-6144. I will be having the map to the location next week and I will be sending it to you by then. We would like to go to this trip simply to spend quality time together and enjoy the snow. We will be accompanied by his cousin Nick Peña and his wife Diana Peña and their phone # is 831-750-5415. Cesar and I truly hope we're able to take this trip.

Thank You for your consideration.
Sincerely,

Terry A. Maldonado