```
 1  JERRY Y. FONG, ESQ. (SBN 99673)
    CAREY & CAREY
 2  706 COWPER STREET
    P.O. BOX 1040
 3  PALO ALTO, CA  94302-1040
    650/328-5510
 4  650/853-3632 fax

 5  Attorneys for Defendant ALBERTO MUNOZ
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.   CR 05-00773 JW (PVT) |
| Plaintiff, ) | STIPULATION OF THE PARTIES TO CONTINUE THE DISPOSITIONAL TRIAL SETTING HEARING AND [PROPOSED] ORDER THEREON |
| vs. ) | |
| ANTONIO LOZANO, ALBERTO MUNOZ, & CESAR MALDONADO, ) ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED, by and between counsel for the UNITED STATES OF AMERICA and counsel for the three Defendants herein, that the Dispositional/Trial Setting hearing presently on calendar before the HONORABLE JAMES WARE on April 16, 2007, at 1:30 p.m. be continued until April 30, 2007, at 1:30 pm.

The parties further agree that time should be excluded under the Speedy Trial Act for effective defense preparation, and because the ends of justice outweigh the Defendants' and the public's need for a speedy trial.

DATED:  April 12, 2007            CAREY & CAREY


                                   /s/
                                  by JERRY Y. FONG, Attorney for Defendant
                                  ALBERTO MUNOZ

| | | |
|---|---|---|
| 1 | DATED: ___4/12___, 2007 | UNITED STATES OF AMERICA |
| 2 | | |
| 3 | | _____/s/_____ |
| 4 | | SHAWNA YEN, Assistant U.S. Attorney |
| 5 | | |
| 6 | DATED: ___4/12___, 2007 | _____/s/_____ |
| 7 | | PAUL B. MELTZER, Attorney for Defendant CESAR MALDONADO |
| 8 | | |
| 9 | DATED: ___4/13___, 2007 | OFFICE OF THE FEDERAL PUBLIC DEFENDER |
| 10 | | |
| 11 | | _____/s/_____ |
| 12 | | NICHOLAS HUMY, Attorney for Defndant ANTONIO LOZANO |

## ORDER

GOOD CAUSE APPEARING THEREFORE, and upon stipulation of the parties, the dispositional/trial setting hearing set on April 16 is vacated, and is continued to April 30, 2007, at 1:30 pm. The time between April 16 and April 30 will be excluded under the Speedy Trial Act.

IT IS SO ORDERED.

DATED: ___April 16___, 2007

_____/s/ James Ware_____
HONORABLE JAMES WARE
U.S. DISTRICT COURT JUDGE