UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-773JW ~~05-70695 PVT~~ |
| Plaintiff, |  |
| vs. | [~~PROPOSED~~] ORDER |
| CESAR PENA MALDONADO | |
| Defendant | |

GOOD CAUSE SHOWN,

IT IS HEREBY ORDERED that Defendant Cesar Pena Maldonado is allowed to travel to Paso Robles, arriving Friday May 25th and returning Sunday, May 27th, arriving at his home no later than 9 p.m.

SO ORDERED.

Dated: May 23, 2006

PATRICIA V. TRUMBULL, Magistrate Judge
United States District Court
Northern District of California

-1-
[PROPOSED] ORDER

(handwritten left margin: C. Prepmal)