```
 1  PAUL B. MELTZER - #77425
 2  LAW OFFICES OF PAUL B. MELTZER
 3  A Professional Corporation
 4  511 Water Street
 5  Santa Cruz, California 95060
 6  Telephone: 831/426-6000
 7  Attorney for Defendant, CESAR MALDONADO
```

**DENIED**
*James Ware*
Judge James Ware
3/13/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 5:05-CR-00773-JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **[PROPOSED] ORDER THEREON** |
| vs. | ) | |
| | ) | |
| CESAR MALDONADO, | ) | Date: April 7, 2008 |
| | ) | Time: 1:30 PM |
| Defendant. | ) | Judge: James Ware |
| | ) | |

IT IS HEREBY STIPULATED by and between counsel that there exists good cause to continue the sentencing hearing in the matter of CESAR MALDONADO from April 7, 2008 at 1:30 p.m. to May 27, 2008 at 1:30 p.m. This continuance is requested due to the unavailability of counsel.

-1-
Stipulation to Continue
[Proposed] Order Thereon

In light of these facts, the parties agree that the time between April 7, 2008 and May 27, 2008 shall be excluded from the Speedy Trial Act requirements of Title 18, United States Code, § 3161 pursuant to Title 18, United States Code § 3161(h)(8)(A) and §3161(h)(8)(B)(iv). The parties agree that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier trial, specifically based on the fact that defendant Maldonado's counsel is currently in a two defendant ten week homicide Jury Trial in the Superior Court of Santa Cruz County, People v. Mitchell and Bell case no. F12187, which precludes his involvement in both the April 7, 2008 court appearance and meaningful participation in the sentencing process until after April 7, 2008. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Cesar Maldonado effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A0 and §3161(h)(8)(B)(iv).

Therefore, it is respectfully requested that the current Sentencingg Hearing date of April 7, 2008 at 1:30 p.m. be vacated and the matter be continued to May 27, 2008 at 1:30 p.m.

/ / /

/ / /

/ / /

THE PARTIES SO STIPULATE.

Dated: March 12, 2008

UNITED STATES ATTORNEY'S OFFICE

*Shawna Yen* by: *Hayley BJQ*

SHAWNA YEN, A.U.S.A.

Dated: March 12, 2008

LAW OFFICES OF PAUL B. MELTZER

PAUL B. MELTZER, Attorney for
Defendant, CESAR MALDONADO

# [PROPOSED] ORDER

Good cause shown, therefore, IT IS HEREBY ORDERED that the Hearing set for April 7, 2008 be vacated and the matter be reset for May 27, 2008 at 1:30 p.m.

In light of these facts, the Court finds that the time between April 7, 2008 and May 27, 2008 shall be excludable from the Speedy Trial Act requirements of Title 18, United States Code, §3161 pursuant to Title 18, United States Code, §3161(h)(8)(A) and §3161(h)(8)(B)(iv). The Court finds that the time is excludable in that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in an earlier date specifically based on the fact that the defendant Maldonado's counsel is in a two defendant ten week homicide Jury Trial in the Superior Court of Santa Cruz County, People v. Mitchell and Bell case no. F12187, which preclude his involvement in both the April 7, 2008 court appearance and meaningful participation until May 27, 2008. For these reasons, the parties agree that a continuance is necessary to ensure that the defendant and defense counsel are prepared to make informed decisions regarding the case, and denial of such a continuance would unreasonably deny defendant Cesar Maldonado effective case preparation pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161(h)(8)(B)(iv).

IT IS SO ORDERED:
The Court DENIES the parties' stipulation to continue the hearing. The Court converts the Sentencing hearing on April 7, 2008 at 1:30 PM to a Status Hearing re Judgment and Sentencing. Defense Counsel should make arrangements for substitute counsel to appear for the hearing if ncessary.

Dated: March __13__, 2008

_____
HON. JAMES WARE, DISTRICT JUDGE
UNITED STATES DISTRICT COURT